Marc I. Simon, Esquire*
Michelle Skalsky-Simon, Esquire *(Retired)*
Joshua A. Rosen, Esquire
Matthew J. Zamites, Esquire
Michael J. Soska, Jr., Esquire*
Andrew Van Wagner, Esquire*
Brian F. George, Esquire
Andrew Baron, Esquire
Raymond Tarnowski, Esquire
Michael K. Simon, Esquire
Bryan Arner, Esquire*
Daniel N. Ward, Esquire*
Alisha A. Nichols, Esquire*
Mary G. McCarthy, Esquire
Joseph L. Coleman, Esquire*
William M. Rhodes, Esquire
Michael Schlagnhaufer, Esquire
Alexander C. Hyder, Esquire*
James T. Stinsman, Esquire

*Licensed to practice in Pennsylvania and New Jersey



**SIMON & SIMON, PC**
—— INJURY LAWYERS ——

PHILADELPHIA OFFICE
1515 Market Street | Suite 1600
Philadelphia, PA 19102
Tel: (215) 467-4666 | Fax: (267) 639-9006

PITTSBURGH OFFICE
500 Grant Street | Suite 2900
Pittsburgh, PA 15219
Tel: (412) 360-7257 | Fax: (267) 639-9006

NEW JERSEY OFFICE
401 Market Street | PO Box 807
Camden, NJ 08101
Tel: (856) 457-6393 | Fax: (267) 639-9006

marcsimon@gosimon.com
www.gosimon.com

March 7, 2017

**VIA FAX: 267-299-5067**
The Honorable Juan R. Sanchez
Judge, United States District Court
11614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: *William Bradshaw v. United States*
     Civil Action No.: 16-CV-2476

Dear Judge Sanchez:

    Plaintiff's counsel is writing in response to Defendant's counsel letter dated March 7, 2017 to your honor. Plaintiff's counsel has successfully communicated with Defendant's counsel to schedule the independent medical evaluation of Plaintiff, William Bradshaw, which is taking place on March 28, 2017 at 11:30 AM, with Dr. Roy Lefkoe. Since the medical evaluation for Mr. William Bradshaw has been mutually agreed upon and confirmed, court intervention will be unnecessary.

    Plaintiff's counsel appreciates the Courts attention to this matter. If there are any concerns we would ask your honor to not hesitate to contact Plaintiffs counsel's office.

Very truly yours,

SIMON & SIMON, P.C.

Marc I. Simon, Esquire